1

2

3                     UNITED STATES BANKRUPTCY COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5   In re

6   CHARDONNAY/CLUB SHAKESPEARE, INC.,              No. 04-10986

7                           Debtor(s).
    _____/

8   CHARDONNAY INVESTMENTS, LLC,

9

10                          Plaintiff(s),

11              v.                                   A.P. No. 05-1119

12  CHARDONNAY/CLUB SHAKESPEARE, INC.,

13                          Defendant(s).
    _____/

14

15                            Memorandum
                        _____

16

17          The court believed both counsels' allegations of rudeness and unprofessional conduct before they

felt compelled to give the court a mutual demonstration.  The court considers the conduct of counsel for

18

defendant to be the more serious, as she was abusing a courtesy extended to her; appearance by

19

telephone is not a right.

20

            Counsel for plaintiff may restore his motion to the calendar on 10 days notice, if he has paid

21

$250.00 to the Clerk of the Court.  Counsel for defendant may not appear by telephone at the hearing on

22

the restored motion or on any other discovery matter in this adversary proceeding.

23

    Dated:  April 7, 2006

24

                                            _____
25                                          Alan Jaroslovsky
                                            U.S. Bankruptcy Judge
26